**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1818**

_____

BLACK DIAMOND CONSTRUCTION, INC.,

       Petitioner,

    v.

TERRY G. HAYTON; DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

       Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(12-0341-BLA)

_____

Submitted: January 31, 2014      Decided: February 6, 2014

_____

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

William S. Mattingly, JACKSON KELLY PLLC, Morgantown, West
Virginia, for Petitioner. John Cline, Piney View, West
Virginia, for Respondent Hayton.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Black Diamond Construction, Incorporated, seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Black Diamond Constr., Inc. v. Hayton, No. 12-0341-BLA (B.R.B. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED